1 BENJAMIN B. WAGNER
United States Attorney
2 LAURA A. HUGGINS
Special Assistant U.S. Attorney
3 501 I Street, Suite 10-100
Sacramento, CA 95814
4 Telephone: (916) 554-2700
Facsimile:  (916) 554-2900

6 Attorneys for Plaintiff
United States of America

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, | CASE NO. 2:14-MJ-00292-DAD |
| Plaintiff, | ORDER DISMISSING INFORMATION |
| v. | |
| EDGAR J. RODRIGUEZ, | |
| Defendant. | |

It is hereby ordered that the Information in Case Number 2:14-MJ-00292-DAD is dismissed without prejudice and the trial date of March 25, 2015 at 9 a.m. is vacated.

IT IS SO ORDERED.

Dated:  March 5, 2015

_____
DALE A. DROZD
UNITED STATES MAGISTRATE JUDGE

dad1.crim
rodriguez0292.mtd.and.ord

1